UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA.

vs.  Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on report and recommendation (R&R) entered by Magistrate Judge Elizabeth A. Jenkins on April 17. 2006. The court referred the defendant's motion to invalidate arrest and involuntary extradition and for *Franks* hearing (Docket No. 352) to the magistrate judge for issuance of a report and recommendation. The R&R recommends that the motion to invalidate arrest and involuntary extradition and for *Franks* hearing be denied.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); U.S. v. Raddatz. 447 U.S. 667 (1980); Jeffrey S. v. State Board of Education of State of Georgia, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. Gropp v. United Airlines, Inc., 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation as follows. Accordingly, it is

**ORDERED** that the report and recommendation, dated April 17, 2006 be **adopted** and **incorporated by reference**, the objections be **overruled**, and the defendant's motion to invalidate arrest and involuntary extradition and for *Franks* hearing (Docket No. 352) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of May, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
Assigned Magistrate Judge