UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

## ORDER

This cause comes before the Court on defendant's motion in limine to bar the United States Marshal's Service Witness Protection Marshals from escorting government witnesses into the courtroom in front of the jury (Docket No. 495) and response thereto (Docket No. 497). The defendant requests that the Court prohibit the referenced, and asserted prejudicial, conduct in the trial of this case. The government opposes the motion and asserts that Rule 403, Fed. R. Evid., governing the exclusion of relevant evidence, should not be applied to this matter, as the escorting of witness is not evidence. The Court agrees that this matter does not fall under Rule 403 but is a matter of the Court's control of the courtroom and the procedures therein. The Court does agree that escorting witnesses into the courtroom and to the witness stand would be inappropriate. Accordingly, it is

ORDERED that defendant's motion in limine to bar the United States Marshal's Service Witness Protection Marshals from escorting government witnesses into the courtroom in front of the jury be granted under the power of the Court to control the courtroom but not as a motion in limine under Rule 403, Fed.R.Evid.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 15th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record