UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                   Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

## ORDER

This cause comes before the Court on defendant's motion in limine to bar any testimony by any government witness regarding their involvement and/or participation in the Federal Witness Protection Program (Docket No. 444) and response thereto (Docket No. 475). The defendant requests that the Court prohibit the referenced, and asserted prejudicial, testimony in the trial of this case. The government opposes the motion and asserts that the motion is premature and the issue raised should be decided at trial as to each relevant witness. The Court agrees with the government's arguments. Accordingly, it is

**ORDERED** that the defendant's motion in limine to bar any testimony by any government witness regarding their involvement and/or participation in the Federal Witness Protection Program (Docket No. 444) be **denied** without prejudice to reassert as to individual witnesses during the trial of this case.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 15th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record