**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                               Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

**ORDER**

This cause comes before the Court on defendant's motion in limine to bar the Government's use of summary exhibits (Docket No. 443) and response thereto (Docket No. 478). The defendant requests that the Court prohibit the referenced material being used until a proper predicate has been established by the Government. The Government agrees that it has the duty to lay a proper foundation for the materials referenced and the Court agrees. The Court finds the motion premature. It should be raised at the proper time during the trial in this case. Accordingly, it is

**ORDERED** that the defendant's motion in limine to bar the Government's use of summary exhibits (Docket No. 443) be **denied** without prejudice to reassert as necessary during the trial of this case.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 16th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record