## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                      Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO

_____/

### ORDER

      This cause comes before the Court on defendant's motion in limine to bar any testimony regarding the suspected death of the wife of government witness Guillermo Pallomari (Docket No. 494) and response thereto (Docket No. 499).  The Court finds the motion premature.  It should be raised at the proper time during the trial in this case.  Accordingly, it is

      **ORDERED** that the defendant's motion in limine to bar any testimony regarding the suspected death of the wife of government witness Guillermo Pallomari (Docket No. 494) be **denied** without prejudice to reassert as necessary during the trial of this case.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 16th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record