IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO: 8:02-cr-329-T-17EAJ |
| v. | : | |
| JOAQUIN MARIO VALENCIA-TRUJILLO, | : | |
| Defendant. | : | |
| _____/ | | |

**<u>DEFENDANT'S MOTION TO WITHDRAW PLEADING FILED AS DKT. 511</u>**

Defendant, through his undersigned counsel, hereby moves to withdraw the pleading filed as Dkt. 511, which is a motion previously filed as Dkt. 226 that was inadvertently refiled on today's date.

WHEREFORE, defendant moves to withdraw the motion inadvertently filed as Dkt. 511.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s   MATTHEW P. FARMER
Matthew P. Farmer, Esq.
FL Bar No. 0793469
708 E. Jackson St.
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically on the 19th day of June, 2006 to the following:

AUSA Joseph Ruddy
Office of the U.S. Attorney
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

AUSA Maria Lopez
Office of the U.S. Attorney
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

/s MATTHEW P. FARMER
COUNSEL