UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:02-CR-329-T-17EAJ

JOAQUIN VALENCIA TRUJILLO /

ORDER

With the concurrence of the Presiding Judge, based on information provided at the hearing

before the undersigned in this case on June 22, 2006, and the lack of objection by the parties, the

Clerk of Court is directed and file in the public record, a transcript of the in camera proceedings

before the undersigned on May 3, 2006 involving an appearance by Assistant United States Attorney

Joseph Ruddy (pages 1-35).

For the same reasons, the clerk is directed to unseal the following documents and place them

in the public record: S-7, S-83.

DONE and ORDERED, in Tampa, Florida, this __22nd__ day of June, 2006.


ELIZABETH A JENKINS
United States Magistrate Judge