UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.   8:02-CR-329-T-17EAJ
                                      **IN CAMERA**

JOAQUIN MARIO VALENCIA-
TRUJILLO,

    Defendant(s).                    **SEALED**
_____/

ORDER

This cause is before the Court on the Government's Unopposed Motion for Protective Order. After consideration, and for good cause, the Court finds the Motion is due to be **granted**. Accordingly, it is

**ORDERED** that the Government's Motion for Protective Order is **GRANTED**. Any and all materials provided by the Government to the Defendant, through his counsel, pursuant to the standing Discovery Order in this case shall not be shown, copied or disseminated to anyone other than counsel of record, Matthew P. Farmer, and the Defendant.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 12th day of January, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Joseph K. Ruddy
Matthew P. Farmer