## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                          Case No. 8:02-CR-329-T-17-EAJ
                                             **IN CAMERA**

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

## ORDER

This cause comes before the Court on the defendant's motion for authorization of *pro bono* assistance of counsel and investigator.  There is no objection from the government to this motion.  Accordingly, it is

**ORDERED** that the defendant's motion for authorization of *pro bono* assistance of counsel and investigator be **granted.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 27th day of February, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

$5-83$