**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                               Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

**ORDER**

This cause comes before the Court on defendant's motion in limine to enforce court's order adopting report and recommendation regarding application of rule of specialty (Docket No. 441) and defendant's motion to strike uncharged post-1997 predicate acts (Docket No. 455) and responses thereto (Docket Nos. 547 and 544, respectively). The Court held oral argument on these motion on June 28, 2006.

As to the motion to strike uncharged post-1997 predicate acts, the Court declines to strike those predicate acts at this time; however, the Government is given the opportunity to redact the Indictment to conform to the Court's order (Docket No. 187) adopting the Magistrate Judge's Report and Recommendations (Docket No. 126). Additionally, modifications to the proposed verdict form and court's instructions and preliminary instructions should also be considered by the parties to conform them to the ruling contained herein, and provide same to Court on June 29, 2006, at 2:00 p.m.

As to the defendant's motion in limine to enforce court's order adopting report and recommendation regarding application of rule of specialty (Docket No. 441), the Court has previously entered the Report and Recommendation (Docket No. 187) referred to by the defendant in the instant motion. That ruling is the law of this case and the Court finds the instant motion to be superfluous. The Court will enforce it's previously entered order adopting Report and Recommendation as necessary during the trial of this case. No further ruling is necessary on this issue at this time. Accordingly, it is

**ORDERED** that defendant's motion in limine to enforce court's order adopting report and recommendation regarding application of rule of specialty (Docket No. 441) be **denied as superfluous** and defendant's motion to strike uncharged post-1997 predicate acts (Docket No. 455) be **denie**d without prejudice to reassert if the Government does not appropriately redact the Indictment herein.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 28th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record