UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   Case No. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO VALENCIA-TRUJILLO
_____/

**ORDER**

This cause comes before the Court on defendant's second motion in limine to limit 404(b) evidence at trial (Docket No. 434) and response thereto (Docket No. 546). The defendant's motion states that he seeks to prevent the government from offering and/or presenting evidence of a prior arrest of the defendant in Bogata, Columbia from 1979, as being too remote in time from the charged offense, as unrelated to the charges in this indictment, and because he was not convicted of the offense.

The government asserts that it is not seeking to admit evidence of a conviction but merely evidence of the event, which they claim is inextricably intertwined with the charged offenses. The government asserts that the information is admissible and that the motion is premature and should be presented, if appropriate, during the trial. Accordingly, it is

**ORDERED** that defendant's motion in limine (Docket Nos. 434) be **denie**d, without prejudice, as premature. The issue may be raised at trial if the government seeks to admit the evidence objected to by the defendant.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 28th day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record