**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO
VALENCIA-TRUJILLO

_____/

**ORDER DENYING MOTION**

This cause is before the Court on the defendant's motion to strike testimony of government witness or, in the alternative, motion to renew cross-examination or, in the alternative, motion to issue special instructions (Docket No. 686) and response thereto (Docket No. 690). The Court has considered the motion, the response, and the transcript provided by the government in support of the response. The Court agrees with the government's response and incorporates it by reference herein. Accordingly, it is

**ORDERED** that the defendant's motion to strike testimony of government witness or, in the alternative, motion to renew cross-examination or, in the alternative, motion to issue special instructions (Docket No. 686) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of September, 2006.



Copies to: All parties and counsel of record