**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                         CASE NO. 8:02-CR-329-T-17-EAJ

JOAQUIN MARIO
VALENCIA-TRUJILLO
                                   /

### ORDER DENYING MOTION

        This cause is before the Court on the defendant's renewed motion for judgment of acquittal and, in the alternative, motion for new trial (Docket No. 777) and response thereto (Docket No. 781).  The Court has considered the motion, the response, and the Court's own familiarity with the trial and the issues raised in the motion in the alternative.  The Court agrees with the government's response and will not alter it's previously considered and announced rulings.  Nor does the Court find a basis for granting a new trial in this case.  Accordingly, it is

        **ORDERED** be the defendant's renewed motion for judgment of acquittal and, in the alternative, motion for new trial (Docket No. 777) **denied**.

        **DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th  day of November, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record