```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
 2              CASE No. 8:02 CR 329 T 17 EAJ

 3                                    FILED
                                 2007 MAY 15 PM 4:45
 4
    UNITED STATES OF AMERICA
 5

 6          Plaintiff,
    v.                             August 8, 2006
 7                                 10:00 a.m.

 8  JOAQUIN MARIO VALENCIA-TRUJILLO

 9          Defendant.
    _____/
10

11          TRANSCRIPT OF TRIAL PROCEEDING
       BEFORE THE HONORABLE ELIZABETH A. KOVACHEVICH
12           UNITED STATES DISTRICT COURT JUDGE

13
    APPEARANCES:
14
    For the Government:    JOSEPH RUDDY
15                         MARIA CHAPA-LOPEZ
                           Assistant U.S. Attorneys
16                         U.S. Attorney's Office
                           400 North Tampa St.,
17                         Ste. 3200
                           Tampa, FL 33602
18

19
    For the Defendant:     MATTHEW FARMER, ESQ.
20                         Farmer & Fitzgerald
                           708 E Jackson St
21                         Tampa Florida 33602-5008

22                         RONALD KURPIERS, ESQ.
                           Kurpiers Harland PA
23                         696 1st Ave N Ste 304
                           St. Petersburg, FL 33701
24

25
```

SANDRA K. LEE, RPR   OFFICIAL UNITED STATES COURT REPORTER